Submitted November 30, affirmed December 29, 2010, petition for review allowed April 7, 2011 (350 Or 230)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

FRANK LUMPKINS, JR.,
*Defendant-Appellant.*

Washington County Circuit Court
C082003CR; A141532

245 P3d 703

Peter Gartlan, Chief Defender, and Lindsey K. Detweiler, Deputy Public Defender, filed the brief for appellant.

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Doug M. Petrina, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Brewer, Chief Judge, and Sercombe, Judge.

PER CURIAM

Affirmed. *State v. Davis*, 237 Or App 351, 239 P3d 1002 (2010).